MICHAEL O'BRIEN, RESPONDENT, v. WILLIAM O'CONNELL AND THE ST. PATRICK MUTUAL ALLIANCE ASSOCIATION, IMPLEADED WITH JAMES J. TRAYNOR AND OTHERS, APPELLANTS.

*Corporation — right of individual to bring action in behalf of.*

An action for the protection of a private corporation should be brought by it, and not by an individual, unless its refusal to prosecute such an action, or its collusion with the defendants be shown. If a person have no direct individual interest in the fund and property claimed, his application for an injunction and receiver will be denied. (*Gray* v. *N. Y. and Virginia Steamship Co.*, 10 N. Y. S. C. [3 Hun], 383; *Weetjen* v. *Vibbard*, 12 id. [5 Hun], 265.)

APPEAL. from an order appointing a receiver and continuing an injunction.

*Charles Matthews*, for the appellant. *John T. McGowan*, for the respondent.

Opinion by DANIELS, J. DAVIS, P. J., and BRADY, J., concurred.

Order reversed with ten dollars costs and disbursements ; motion denied with ten dollars costs.